# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

WAYNE M. MATTHEWSON,           )  NO. EDCV 12-01091 SS
                               )
        Plaintiff,         )
                               )
    v.                        )
                               )  **JUDGMENT**
CAROLYN W. COLVIN,             )
Acting Commissioner of the     )
Social Security Administration,)
                               )
        Defendant.         )
_____)

    IT IS ADJUDGED that the decision of the Commissioner is AFFIRMED and that the above-captioned action is dismissed with prejudice.

DATED: July 10, 2013

                                                              /S/
                                                  _____
                                                  SUZANNE H. SEGAL
                                                  UNITED STATES MAGISTRATE JUDGE